HANNAH SMITH, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

(Argued October 17, 1930; decided November 18, 1930.)

*Noel S. Symons* and *Raymond C. Vaughan* for appellant.

*John J. Brown* and *W. J. Wetherbee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.